IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMERA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-14-407-SPS |
| ) | |
| STATE OF OKLAHOMA, ex rel., ) | |
| DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Tamera Thomas and Defendant State of Oklahoma, ex rel., Department of Transportation in the above-styled case jointly stipulate that the case should be dismissed against Defendant Department of Transportation with prejudice to the refiling thereof. Each side is to bear their own costs and attorneys' fees.

Respectfully submitted this 25th day of September, 2015.

/s/ Amber L. Hurst
*(signed by filing attorney with permission)*
Mark Hammons, OBA # 3784
Amber L. Hurst, OBA # 21231
HAMMONS, GOWENS, HURST
  & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, OK  73102
(405) 235-6100/Fax:  (405) 235-6111
amberh@hammonslaw.com

ATTORNEYS FOR PLAINTIFF

/s/ David W. Lee
David W. Lee, OBA # 5333
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
(405) 524-2070/Fax: (405) 524-2078
david@czwglaw.com

Tamar Graham Scott, OBA # 10606
Deputy General Counsel
Oklahoma Dept. of Transportation
200 N.E. 21st Street
Third Floor, Room B-7
Oklahoma City, OK  73105-3204
(405) 521-2635/Fax:  (405) 524-7704
tscott@odot.org

ATTORNEYS FOR DEFENDANT